Commonwealth *v.* Damanskis, Appellant.

Before GORBEY, J.

Submitted March 17, 1969. *Charles F. G. Smith,* for appellant; *Vram Nedurian, Jr.,* and *Ralph B. D'Iorio,* Assistant District Attorneys, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Danbro, Appellant.

Before MC-GLYNN, JR., J.

Submitted March 17, 1969. *Alfred P. Filippone,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.